LOEW'S Incorporated, a corporation, et al., Appellants, v. HOMEWOOD THEATRE, Inc., a corporation, et al.

No. 14840.

United States Court of Appeals
Eighth Circuit.

Sept. 10, 1953.

Bundlie, Kelley, Finley and Maun, Mandt Torrison, St. Paul, Minn., and Shearer, Byard, Trogner & Peters, Minneapolis, Minn., for appellants.

Larson, Loevinger, Lindquist, Freeman & Fraser, Minneapolis, Minn., for appellees.

PER CURIAM.

Appeal from District Court dismissed without further costs to either party; supersedeas bond discharged and sureties discharged from all liability, and case remanded to District Court with directions to satisfy in full judgments entered in said Court for damages to plaintiffs, for costs, and for attorneys' fees awarded to plaintiffs' attorneys. 110 F.Supp. 398.

Earl C. WELDON, Petitioner, v. UNITED STATES of America.

No. 14931.

United States Court of Appeals
Eighth Circuit.

Sept. 15, 1953.

Earl C. Weldon, pro se.

PER CURIAM.

Application of petitioner for leave to appeal in forma pauperis from order of United States District Court for the Western District of Missouri dismissing application for writ of habeas corpus, etc., denied.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. ACE HANDLE CORPORATION.

No. 14820.

United States Court of Appeals
Eighth Circuit.

Sept. 3, 1953.

David P. Findling, Associate General Counsel, National Labor Relations Board, and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Cusack & Cusack, Chicago, Ill., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation of parties for entry of consent decree.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. ANDERSON AIR ACTIVITIES.

No. 14910.

United States Court of Appeals
Eighth Circuit.

Sept. 3, 1953.

David P. Findling, Associate General Counsel, National Labor Relations Board, Washington, D. C., and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Charles H. Spoehrer, St. Louis, Mo., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.